Angie L Clements
985 Prospector Rd
Hackleburg AL 35564-4740

0505
61-7701/2622

Date June 5, 24

Pay to the Order of: Emily Rutherford          $ 64,000.00

Sixty four thousand + 00/100 Dollars

Listerhill Credit Union
PO BOX 566
SHEFFIELD, ALABAMA 35660

MEMO _____          Angie L Clements

⑈262770⑈ ⑉010800952526⑈ 0505