4.    Purchaser shall have possession of the property at the closing of this phase of the transaction.  Purchaser has inspected the property, including the improvements and real property above described, and accepts the property in its present condition.

5.    During the life of this contract, Purchaser shall maintain property, including all improvements and personal property, in a state of good repair, the same or better condition. Purchaser shall not sell or otherwise dispose of any article of personal property herein described except for necessary replacements.  Seller shall have the right to inspect the property at reasonable times, until final performance by Purchaser.

6.    The 2021 ad valorem taxes have been paid by the Seller.  The Purchaser will pay the 2022 and all subsequent years' ad valorem taxes, as they come due each year.  Seller shall be furnished a copy of the tax receipt each year, as evidence of payment.

7.    During the life of this contract, Purchaser shall insure and keep insured against fire or other casualty, with a company rated B+ or better with Best Insurance Guide, all improvements now on property and improvements that may hereafter be built thereon.  Such insurance shall be in the face amount of not less than the balance remaining due to Seller hereunder.  All such insurance shall insure the Seller and Purchaser as their interests may appear.  Seller shall be furnished a copy of the insurance policies at all times showing the policies to be in full force and effect.  Purchaser shall have the responsibility of purchasing a separate policy of insurance for personal items and contents in the premises, if needed.

## TITLE

8.    The Seller shall obtain, at Seller's expense, ten (10) days prior to the delivery of