Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

EMILY HOPE RUTHERFORD
______________________________
Plaintiff(s)

Civil Action: 25-cv-02172-TJK

v.

ANGIE CLEMENTS
______________________________
Defendant(s)

**RE:** ANGIE CLEMENTS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 2, 2025, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of August, 2025 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk